1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * *

JAMES CLASBERRY, JR.,                    )
9                                        )
           Plaintiff(s),                 )
10                                       )
              vs                         )    Case # 2:14-CV-774-JAD-NJK
11                                       )
ALBERTSON'S LLC, et al.,                 )    ORDER REFERRING CASE FOR
12                                       )    SETTLEMENT CONFERENCE
           Defendant(s).                 )
13 _____        )

14
        This case is currently stacked on the Trial Calendar of **Tuesday, May 17, 2016,**
15
for a Court Trial.
16
        **IT IS ORDERED** that this case is hereby referred to Magistrate Judge
17
**Nancy J. Koppe** for a settlement conference.
18
        DATED this 18th day of September, 2015.
19

20

21                                   _____
                                     JENNIFER A. DORSEY
22                                   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28