# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CLASBERRY, JR., | |
| Plaintiff(s), | Case No. 2:14-cv-00774-JAD-NJK |
| vs. | **ORDER** |
| ALBERTSONS, LLC, | |
| Defendant(s). | |

On November 19, 2015, the Court issued an order sanctioning Plaintiff and his counsel, jointly and severally, in the amount of Defendant's attorneys' fees and costs incurred preparing for and attending a court-ordered settlement conference. Docket No. 28. The Court ordered Defendant to submit declarations and documentation detailing the attorneys' fees and costs it incurred, no later than December 1, 2015, and further ordered Plaintiff to submit a response to Defendant's request, no later than December 7, 2015. *Id*. To date, no response has been filed. *See* Docket.

Plaintiff is hereby **ORDERED** to file his response, no later than December 10, 2015.

IT IS SO ORDERED.

DATED: December 8, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge